UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNI KRISCHER-WISE, et al., | Case No. 2:24-cv-03693-CSK |
| Plaintiffs, | |
| v. | ORDER MODIFYING AMENDED PRETRIAL SCHEDULING ORDER |
| THE HOME DEPOT, INC., | (ECF No. 21) |
| Defendant. | |

On December 5, 2025, the parties filed a joint status report requesting, in part, an extension of all case deadlines due to Plaintiff Tanni Krischer-Wise's upcoming surgeries and the need for additional related discovery. (ECF No. 21 at 3.) The parties submit proposed modifications to the March 6, 2025 Amended Pretrial Scheduling Order for the Court's review. *Id*. Because the parties' proposed trial date was not available, alternate dates were provided to the parties, who have confirmed with court staff that a May 2027 trial date would work for them. Finding good cause, the following deadlines set forth in the March 6, 2025 Amended Pretrial Scheduling Order (ECF No. 16) are modified as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Initial Disclosure Exchange | **March 14, 2025** | **Unchanged** |
| Joint Mid-Discovery Statement Filed By | **September 25, 2025** | **Unchanged** |

1

| | | |
|---|---|---|
| Non-Expert Discovery Completion | **December 30, 2025** | **June 30, 2026** |
| Plaintiffs' Expert Disclosures | **January 16, 2026** | **July 8, 2026** |
| Defendants' Expert Disclosures | **February 6, 2026** | **July 29, 2026** |
| Rebuttal Expert Disclosures | **February 28, 2026** | **August 17, 2026** |
| Expert Discovery Completion | **May 22, 2026** | **September 17, 2026** |
| If cross-motions for summary judgment,[1] Plaintiff's Summary Judgment Motion Filed By | **June 9, 2026** | **October 6, 2026** |
| If no cross-motions for summary judgment, Dispositive Motion Filed By | **June 23, 2026** | **October 27, 2026** |
| Dispositive Motions Heard By | **August 4, 2026** | **December 1, 2026** |
| Motion to Bifurcate Filed By[2] | **August 18, 2026** | **December 15, 2026** |
| Motion to Bifurcate Heard By | **September 22, 2026** | **January 19, 2027** |
| Joint Pretrial Statement Filed By | 21 days before the FPTC | **Unchanged** |
| Motions In Limine & Other Pretrial Documents Filed By | 14 days before the FPTC | **Unchanged** |
| Final Pretrial Conference ("FPTC") and Motions In Limine Hearing | **October 26, 2026 at 10:00 a.m.** | **March 29, 2027 at 10:00 a.m.** |
| Jury Trial (10-15 days) | **December 7, 2026 at 9:30 a.m.** | **May 3, 2027 at 9:30 a.m.** |

Dated:  January 6, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, kris3693.24

---

[1]  If both Plaintiff and Defendant intend to file motions for summary judgment, the parties must follow the schedule set out in Judge Kim's Civil Standing Orders for cross-motions for summary judgment.

[2]  The Court informed the parties at the Initial Scheduling Conference that the Court is generally not inclined to bifurcate trial, though the parties are welcome to file a motion to request bifurcation.